## NO. PD-1004-15
## 13th COA No. 13-14-00175

| | | |
|---|---|---|
| **MANUEL PENA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 11 2015

Abel Acosta, Clerk

## APPELLANT'S PRO SE MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Manuel Pena, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On June 25, 2015, the Court of Appeals affirmed appellant's conviction. <u>Manuel Pena v. State</u>, 13-14-00175. Counsel for Appellant filed a Motion to Extend Time to File Petition for Discretionary Review. This petition is therefore due on August 26, 2015.

2.     After careful review of the appellate court's decision and the facts of the case, Counsel for Appellant determined that a Petition for Discretionary Review was not justified in this case.

3.     Appellant was notified by certified mail on August 25, 2015.

4.     Appellant disagrees with Counsel and wishes to proceed pro se.

5. Appellant is incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until September 25, 2015, to file a petition for discretionary review.

Respectfully submitted,

Manuel Pena

By: _Manuel Pena_____
Manuel Pena
Pro Se

9-03-2015